UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:08-cr-203-T-23TBM

JEREMIAH LASTEVE CARSON
_____/

### **ORDER**

Carson appealed (Doc. 58) from the denial of his motion to compel. Carson's motion to proceed on appeal without prepayment of fees (Doc. 60) was referred to the magistrate judge for preparation of a report and recommendation. Magistrate Judge McCoun recommends (Doc. 61) denial of the motion, and Carson objects (Doc. 65).

Upon consideration of the pertinent documents, Carson's objection (Doc. 65) is **OVERRULED**, the report and recommendation (Doc. 61) is adopted, and the motion to proceed on appeal without prepayment of fees (Doc. 60) is **DENIED**.

ORDERED in Tampa, Florida, on April 2, 2015.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE